| | |
|---|---|
| 1 | PAUL K. CHARLTON |
| | United States Attorney |
| 2 | District of Arizona |
| | Jane L. Westby |
| 3 | Assistant U.S. Attorney |
| | State Bar No. 017550 |
| 4 | 405 West Congress, Suite 4800 |
| | Tucson, Arizona 85701-5040 |
| 5 | Telephone: (520) 620-7300 |
| | Jane.Westby@usdoj.gov |
| 6 | Attorneys for United States Department of Education |

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**BENJAMIN L. VASQUEZ,**<br><br>**Debtor**. | In Proceedings Under<br>Chapter 7<br><br>CASE NO. 4:05-bk-07123-TUC-EWH<br><br>Adversary No. 4:06-ap-00023-EWH |
| **BENJAMIN L. VASQUEZ,**<br><br>**Plaintiff-Debtor,**<br><br>**vs.**<br><br>**UNITED STATES DEPARTMENT OF EDUCATION**<br><br>**Defendant-Creditor**. | **ANSWER** |

The United States of America, on behalf of the United States Department of Education, by its undersigned counsel, responds to the Complaint to Determine Dischargeability of Student Loan(s) Under 11 U.S.C. § 523(a)(8) as follows:

1. Paragraph 1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1. of Plaintiff's Complaint and denies them on this basis.

2. Paragraph 2. United States Bankruptcy Court records show that Plaintiff filed a Chapter 7 Bankruptcy Petition on October, 13, 2005.

3. Paragraph 3. The allegations in Paragraph 3. are statements of jurisdiction for which no answer is required; to the extent an answer is required, Defendant denies.

4. Paragraph 4. Defendant admits.

5. Paragraph 5. Paragraph 5. is an incorporation by reference to which no answer is required; to the extent an answer is required, Defendant re-alleges and re-incorporates by reference its answers in Paragraphs 1. through 4 above.

6. Paragraph 6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6. of Plaintiff's Complaint and denies them on this basis.

7. Paragraph 7. On or about January 10, 2000, Plaintiff executed a promissory note to secure two loans in the amounts of $26,083.16 and $21,011.54 from the U.S. Department of Education (Department) at a variable interest rate to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7. and denies them on this basis.

8. Paragraph 8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8. of Plaintiff's Complaint and denies them on this basis.

9. Paragraph 9. On or about January 10, 2000, Plaintiff executed a loan with the Department of Education as described in Paragraph 7. above and owes the Department of Education for repayment of the loan. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 9. of Plaintiff's Complaint and denies them on this basis.

10. Paragraph 10. Upon information and belief, Paragraph 10. contains an incorrect statutory reference and Defendant denies.

11. Paragraph 11. Defendant denies.

12. Paragraph 12. (listed as the second Paragraph 11. in Plaintiff's Complaint.) Defendant denies.

The remainder of the complaint is a prayer for relief for which no answer is required.

Defendant denies any allegations not expressly admitted.

//

### AFFIRMATIVE DEFENSES AND RESPONSES

1. As its first affirmative defense, Defendant alleges insufficient service of

1 | process.

2. As its second affirmative defense, Defendant alleges failure to state a claim for which relief can be granted.

3. Defendant reserves the right to assert such other defenses as may be disclosed through discovery or otherwise as the matter proceeds.

WHEREFORE, the United States of America prays for an Order declaring the student loan indebtedness to be non-dischargeable and awarding such other relief as the Court may deem just and proper.

Respectfully submitted this 3rd day of April, 2006.

PAUL K. CHARLTON
United States Attorney
District of Arizona


/s/ Jane L. Westby #017550
JANE L. WESTBY
Assistant U.S. Attorney

Copies of the foregoing mailed this
 day of 3rd day of April, 2006 to:

Juan Perez-Medrano
360 N. Court Avenue
Tucson, Arizona 85701

/s/ Audrey Luetge