PAUL K. CHARLTON
United States Attorney
District of Arizona
Jane L. Westby
Assistant U.S. Attorney
State Bar No. 017550
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Jane.Westby@usdoj.gov
Attorneys for United States Department of Education

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>**BENJAMIN L. VASQUEZ,**<br>　　　　**Debtor**. | In Proceedings Under<br>Chapter 7<br>CASE NO. 4:05-bk-07123-TUC-EWH<br><br>Adversary No. 4:06-ap-00023-EWH |
| **BENJAMIN L. VASQUEZ,**<br>　　　　**Plaintiff-Debtor,**<br>　vs.<br>**UNITED STATES DEPARTMENT OF EDUCATION**<br>　　　　**Defendant-Creditor**. | **STIPULATION FOR ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above captioned adversary action, 4:06-ap-00023, may be dismissed, with prejudice, with each party to bear its own costs.

Dated this 23rd day of January, 2007.

　　　　　　　　　　　　　　　　　　PAUL K. CHARLTON
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

_/s/Juan Perez-Medrano_　　　　　　_/s/Jane Westby　#017550_
Attorney for Plaintiff-Debtor　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorney for Defendant-Creditor