**ORDERED.**



PAUL K. CHARLTON
United States Attorney
District of Arizona
Jane L. Westby
Assistant U.S. Attorney
State Bar No. 017550
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Jane.Westby@usdoj.gov
Attorneys for United States Department of Education

**Dated: January 24, 2007**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>**BENJAMIN L. VASQUEZ,**<br>　　**Debtor**. | In Proceedings Under<br>Chapter 7<br>CASE NO. 4:05-bk-07123-TUC-EWH<br>Adversary No. 4:06-ap-00023-EWH |
| **BENJAMIN L. VASQUEZ,**<br>　　**Plaintiff-Debtor,**<br>　vs.<br>**UNITED STATES DEPARTMENT OF EDUCATION**<br>　　**Defendant-Creditor**. | **ORDER OF DISMISSAL** |

Upon Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the above adversary action, 4:06-ap-00023, is dismissed, with prejudice, and each party to bear its own costs.

_____